PHILIP GRECO, Respondent, *v.* THE PRATT CHUCK COMPANY, Appellant.

*Greco* v. *Pratt Chuck Co.*, 127 App. Div. 798, affirmed.
(Argued October 13, 1909; decided October 29, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 7, 1908, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial

in an action by an employee to recover for personal injuries alleged to have been sustained through the master's negligence.

*Frederick G. Fincke* for appellant.

*Salvatore M. Vella* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and CHASE, JJ.